

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:11-CR-265-KJD-CWH |
| Plaintiff, | ) | |
| vs. | ) | |
| WILLIAM FRANCIS JOHNSON | ) | |
| Defendant. | ) | |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#49) on March 26, 2012. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: US DEPARTMENT OF ENERGY, WESTERN POWER ADMIN.
Amount of Restitution: $5,000.00

**Total Amount of Restitution ordered: $5,000.00**

Dated this ____9th____ day of March, 2017.

_____
UNITED STATES DISTRICT JUDGE